UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER TORRES RAMIREZ,

        Petitioner,

   v.

DAVE DAVEY,

        Respondent.

No. 2:16-cv-1304-EFB P

ORDER

On June 13, 2016, petitioner, a state prisoner without counsel, filed a motion for an extension of time to file a petition for writ of habeas corpus.[1] The filing (ECF No. 1) did not provide any specific information regarding petitioner's state conviction or contain any claims for relief. Therefore, on June 20, 2016, the court ordered petitioner to file a petition for writ of habeas corpus within 30 days, and warned petitioner that failure to do so may result in this case being closed. ECF No. 4.

The time for acting has passed and petitioner has not filed a petition for writ of habeas corpus. Instead, petitioner has requested another extension of time. ECF No. 6. As petitioner is aware, however, to commence a civil action, a party is required to file a complaint or a petition. Fed. R. Civ. P. 3; Rule 3, Rules Governing § 2254 Cases; *Woodford v. Garceau*, 538 U.S. 202,

---

[1] This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to petitioner's consent. *See* E.D. Cal. Local Rules, Appx. A, at (k)(4).

1

1  203 (2003).  Because petitioner has failed to properly commence this action, it must be closed
2  without prejudice to the filing of a petition for a writ of habeas corpus in a new action.
3      Accordingly, it is hereby ORDERED that the Clerk of the Court shall close this case.
4  DATED:  July 21, 2016.

                                  EDMUND F. BRENNAN
                                  UNITED STATES MAGISTRATE JUDGE