UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER TORRES RAMIREZ, | No. 2:16-cv-1304-EFB P |
| Petitioner, | |
| v. | ORDER |
| DAVE DAVEY, | |
| Respondent. | |

On June 13, 2016, petitioner, a state prisoner without counsel, filed a motion for an extension of time to file a petition for writ of habeas corpus.[1]  The filing (ECF No. 1) did not provide any specific information regarding petitioner's state conviction or contain any claims for relief.  Therefore, on June 20, 2016, the court ordered petitioner to file a petition for writ of habeas corpus within 30 days, and warned petitioner that failure to do so may result in this case being closed.  ECF No. 4.  Petitioner then sought an extension of time to file a petition.  ECF No. 6.  The court denied petitioner's request, reminding petitioner that to commence a civil action, he must file a complaint or a petition.  ECF No. 7 (citing Fed. R. Civ. P. 3; Rule 3, Rules Governing § 2254 Cases; *Woodford v. Garceau*, 538 U.S. 202, 203 (2003)).

/////

---

[1] This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to petitioner's consent.  *See* E.D. Cal. Local Rules, Appx. A, at (k)(4).

1     After petitioner failed to file a petition as ordered, the court directed the Clerk to close the case and judgment was duly entered. ECF Nos. 7 & 8. Petitioner seeks reconsideration of the order denying his request for an extension of time.   ECF No. 9.

    Petitioner's request is denied. To proceed with this case, petitioner was required to file a petition. Because petitioner failed to do so, no extension of time was warranted and this action was properly dismissed. The dismissal was without prejudice, which allows petitioner to properly commence a new action by filing a petition for a writ of habeas corpus.

    Accordingly, it is hereby ORDERED that petitioner's motion for reconsideration (ECF No. 9) is denied.

DATED: August 11, 2016.

                              EDMUND F. BRENNAN
                              UNITED STATES MAGISTRATE JUDGE